**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ABLE HOME HEALTH, LLC on behalf of plaintiff and the class members defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 15 C 3688 |
| v. | ) ) ) | Judge Shah Magistrate Judge Mason |
| CULVER CAPITAL GROUP, INC. and JOHN DOES 1-10, | ) ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR
DAMAGES AND ATTORNEY'S FEES AND COSTS**

Plaintiff Able Home Health, LLC respectfully requests that this Court enter judgment in the amount of $9,000.00 for Plaintiff, plus $6,322.50 in attorney's fees and $467.00 in costs of suit against defendant Culver Capital Group, Inc. In support thereof, plaintiff states:

1. On August 20, 2015, this Court entered an order granting plaintiff's motion for entry of default. (*Dkt. No. 24*)

2. The Court ordered Plaintiff to file a motion for prove-up of Plaintiff's damages by September 11, 2015.

3. In support of this motion, Plaintiff will file a memorandum in support of its request for damages and attorney's fees and costs.

4. In its memorandum, Plaintiff respectfully requests $9,000.00 in statutory damages for the 6 unsolicited advertising faxes defendant Culver Capital Group, Inc. sent to it. Plaintiff also requests an award of $6,322.50 in attorney's fees and $467.00 in costs of suit. Additionally,

Plaintiff requests that the Court enter an order enjoining defendant Culver Capital Group, Inc., from further transmitting unsolicited facsimile advertisements into the state of Illinois to Plaintiff.

WHEREFORE, plaintiff respectfully requests entry of default judgment against defendant Culver Capital Group, Inc., and in Plaintiff's favor in the amount of $9,000.00 in statutory damages for Plaintiff, plus $6,322.50 in attorney's fees and $467.00 in costs of suit.

Respectfully submitted,

 s/ Heather Kolbus 
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

  I, Heather Kolbus, certify that on September 10, 2015, I caused a true and accurate copy of the foregoing document to be served, via US Mail, on the following parties:

Culver Capital Group, Inc.
3 Hutton Centre Drive, Suite 400
Santa Ana, CA 92707


              s/ Heather Kolbus
              Heather Kolbus



Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)