UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABLE HOME HEALTH, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CULVER CAPITAL GROUP, INC., <br><br> Defendant. | No. 15 CV 3688 <br><br> Judge Manish S. Shah |

JUDGMENT ORDER

The matter was before the court on plaintiff's motion for entry of default judgment and attorney's fees and costs. The court being fully advised, and considering the evidence submitted in support of plaintiff's requested relief, it finds and orders as follows:

1. Defendant is in default and judgment shall be entered against defendant and in favor of plaintiff.

2. The court awards statutory damages in the amount of $4,500, based on its determination that defendant's sending of unsolicited faxes to plaintiff six times was willful, but that the maximum amount of statutory damages is not an appropriate sanction absent evidence of greater culpability on the part of defendant. No such evidence was presented. Statutory damages in the amount of $750 per fax will serve as an adequate deterrent for future willful conduct.

3. Plaintiff has not offered any evidence of actual damages, and any damages that could be inferred from the receipt of six unsolicited faxes would be de minimus. Therefore, attorney's fees under 815 ILCS 505/10a(c) are not appropriate, and the court declines to award attorney's fees.

4. The court declines to award any injunctive relief because plaintiff did not establish an irreparable harm, and statutory damages more than adequately compensates plaintiff for the harm suffered.

5. The court awards costs in the amount of $467.

6. Plaintiff's individual claims against John Does 1–10 are dismissed without prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41.

ENTER:

Date: 9/17/15

Manish S. Shah
U.S. District Judge

2